# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

ROBERT BELL, JR.,                    )
                                     )
            Plaintiff,               )
                                     )
      v.                             )          No. 4:12CV559 JAR
                                     )
MICHAEL BOWERSOX,                    )
                                     )
            Defendant.               )

## MEMORANDUM AND ORDER

This matter is before the Court on the submission of plaintiff's complaint. Plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis.

Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief can be granted.[1]  Under 28 U.S.C. § 1915(g), therefore, the Court may not permit plaintiff to proceed in forma pauperis unless he "is under imminent danger of serious physical injury."  After reviewing the complaint, the Court finds no allegations showing that plaintiff is in imminent danger of serious physical injury.  As a result, plaintiff must pay the filing fee.

_____

[1] See Bell v. Steele, 1:07CV25 LMB (E.D. Mo.); Bell v. Steele, 1:06CV144 LMB (E.D. Mo.); Bell v. Rigel, 4:04CV706 HEA (E.D. Mo.).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall pay the $350 filing fee within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, this action will be dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 41(b).

Dated this 30th day of March, 2012.

_____

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE