UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT BELL, JR., | ) |
| Plaintiff, | ) ) ) |
| | ) No. 4:12CV559 JAR |
| CHARLES SCOTT, | ) ) ) |
| Defendant, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to proceed in forma pauperis on appeal. The Court finds that the appeal is not taken in good faith. Plaintiff did not present any evidence in opposition to defendant Scott's motion for summary judgment. Nor did he present any evidence showing he suffered from a serious medical condition. Therefore, the motion for leave to proceed in forma pauperis on appeal is denied. See 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis on appeal [ECF No. 47] is **DENIED.**

Dated this 11th day of March, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE